UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BARNARD,<br><br>                    Plaintiff,<br><br>         v.<br><br>U.S. GOVERNMENT,<br><br>                    Defendant. | Case No. EDCV 14-814 GW(JC)<br><br>JUDGMENT |

In accordance with the Court's Order Dismissing Action, IT IS HEREBY ADJUDGED that the Complaint filed in this action is dismissed without leave to amend and that this action is dismissed with prejudice.

DATED: April 29, 2014

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE